429 A.2d 757

Russell v. Wallace and Morgenstern, Appellants.

Appeal of James F. Wallace.

Argued September 9, 1980. Joseph Mellace, for appellants; Mitchell S. Greenspan, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is affirmed.

December 12, 1980.

429 A.2d 758

Commonwealth v. Jerome, Appellant.

Petition for Allowance of Appeal Denied May 4, 1981.

Submitted November 16, 1979. Robert B. Marcus, for appellant; Janet Moschetta, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.